AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

RECEIVED
By SCroke at 2:53 pm, Mar 05, 2021

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 14-cr-10191-DPW |
| Joseph J. Kennedy | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Joseph J. Kennedy

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation(s) of Conditions of Supervised Release.

FILED IN CLERKS OFFICE
2021 MAY 28 PM 2:
U.S. DISTRICT COURT
DISTRICT OF MASS.

Date:   03/05/2021

/s/Christina McDonagh
*Issuing officer's signature*

City and state:   Boston, MA

Christina McDonagh, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY USMS
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 5/27/2021

*Arresting officer's signature*

*Printed name and title*