# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: Warden-Superintendent: Middleton House of Correction, 20 Manning Ave. Middleton, MA 0194

YOU ARE COMMANDED to have the body of Joseph J. Kennedy now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 25, on the 7th floor, Boston, Massachusetts on or before April 07, 2025, at 2:00 PM.

for the purpose of Initial Appearance Revocation

in the case of UNITED STATES OF AMERICA V. Joseph J. Kennedy

CR Number 14-CR-10191

And you are to retain the body of said Joseph J. Kennedy while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Joseph J. Kennedy to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 3rd day of April, 2025.

PAUL G. LEVENSON
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

ROBERT M. FARRELL
CLERK OF COURT

By: Alexandra Traganos
Deputy Clerk



(Habeas Writ.wpd 5/27/08)